UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE ESTATE OF TAMMY PEREZ, <br>    by its Administrator, <br> SHERYL PEREZ, <br><br>       PLAINTIFF, <br><br> v. <br><br> ADVANCED CORRECTIONAL <br>    HEALTHCARE INC., <br> ANITA BURNAM, <br> RACHEL MUNDY, <br> JARED SMITH, <br> CHRISTINA ANDERSON, and <br> DR. RONALD EVERSON, <br><br>       DEFENDANTS. | ) <br> ) <br> ) <br> ) <br> ) Cause No. 1:16-cv-00645-SEB-DLP <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PARTIES STIPULATION OF DISMISSAL**
**AS TO DEFENDANT CHRISTINA ANDERSON ONLY**

The parties, by counsel, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), stipulate to the dismissal of Defendant Christina Anderson.

The remaining Defendants are: Advanced Correctional Healthcare, Inc., Anita Burnam, Rachel Mundy, Jared Smith, and Dr. Ronald Everson.

Respectfully submitted,

Dated: October 9, 2018

| /s/ Richard A. Waples | /s/ James S. Stephenson (w/ permission) | /s/ Carol A. Dillon w/ permission |
|---|---|---|
| Richard A. Waples | James S. Stephenson | Carol A. Dillon |
| Attorney for Plaintiff | Pamela G. Schneeman | Adriana Katzen |
| | Attorneys for Anita Burnam, Rachel Mundy, Jared Smith, and Christina Anderson | James F. Bleeke |
| | | Attorneys for Dr. Ronald Everson and Advanced Correctional Healthcare, Inc. |

Richard A. Waples
Attorney for Plaintiff
**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, IN 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com

James S. Stephenson
Pamela G. Schneeman
Attorneys for Anita Burnam, Rachel Mundy, Jared Smith, and Christina Anderson
**STEPHENSON MOROW & SEMLER**
3077 E. 98th Street, Suite 240
Indianapolis, IN 46280
TEL: (317) 844-3830
FAX: (317) 573-4194
EMAIL: jstephenson@stephlaw.com
          pschneeman@stephlaw.com

Carol A. Dillon
Adriana Katzen
James F. Bleeke
Attorneys for Dr. Ronald Everson
**BLEEKE DILLON CRANDALL, P.C.**
8470 Allison Pointe Boulevard
Suite 420
Indianapolis, IN 46250-4362
TEL: (317) 567-2222
FAX: (317) 567-2220
Email: carol@bleekdilloncrandall.com
          adriana@bleekedilloncrandall.com
          jim@bleekedilloncrandall.com