> Acknowledged.
>
> Defendant Christina Anderson is hereby dismissed.
>
> Date: 10/11/2018
>
> *Sarah Evans Barker*
> SARAH EVANS BARKER, JUDGE
> United States District Court
> Southern District of Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE ESTATE OF TAMMY PEREZ, by its Administrator, SHERYL PEREZ, <br><br> PLAINTIFF, <br><br> v. <br><br> ADVANCED CORRECTIONAL HEALTHCARE INC., ANITA BURNAM, RACHEL MUNDY, JARED SMITH, CHRISTINA ANDERSON, and DR. RONALD EVERSON, <br><br> DEFENDANTS. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Cause No. 1:16-cv-00645-SEB-DLP |

**PARTIES STIPULATION OF DISMISSAL
AS TO DEFENDANT CHRISTINA ANDERSON ONLY**

The parties, by counsel, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), stipulate to the dismissal of Defendant Christina Anderson.

The remaining Defendants are: Advanced Correctional Healthcare, Inc., Anita Burnam, Rachel Mundy, Jared Smith, and Dr. Ronald Everson.

Respectfully submitted,

Dated: October 9, 2018

| /s/ Richard A. Waples | /s/ James S. Stephenson (w/ permission) | /s/ Carol A. Dillon w/ permission |
|---|---|---|
| Richard A. Waples | James S. Stephenson | Carol A. Dillon |
| Attorney for Plaintiff | Pamela G. Schneeman | Adriana Katzen |
| | Attorneys for Anita Burnam, Rachel Mundy, Jared Smith, and Christina Anderson | James F. Bleeke |
| | | Attorneys for Dr. Ronald Everson and Advanced Correctional Healthcare, Inc. |