UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE ESTATE OF TAMMY PEREZ, by its Administrators, SHERYL and RAUL PEREZ, | ) ) ) ) |
| PLAINTIFF, | ) Cause No. 1:16-cv-00645-SEB-DLP |
| v. | ) ) ) |
| ADVANCED CORRECTIONAL HEALTHCARE INC., ANITA BURNAM, RACHEL MUNDY, JARED SMITH, and, DR. RONALD EVERSON, | ) ) ) ) ) ) ) ) |
| DEFENDANTS. | ) |

**PLAINTIFF'S OBJECTION TO DEFENDANTS ACH, DR. EVERSON'S, AND MORGAN COUNTY DEFENDANTS' TRIAL WITNESS AND EXHIBIT LISTS**

Plaintiff, by counsel, objects to the following Defendants' Trial Witness and Exhibit Lists:

**ACH, Inc. and Dr. Ronald Everson's List of Trial Witnesses**

1. Pursuant to the CMP, Section VIII(A)(1), parties are obligated to file trial witness lists but "may not include any witnesses not on a party's final witness list filed pursuant to section III.I."

2. Defendants Advanced Correctional Healthcare, Inc. and Dr. Everson included on their Trial Witness List the following witnesses not included on their Final Witness List: #2, Deborah Ash; #24, John Ray, MD; #25, Lindsey Kocher, PA; #26, Haewon Park, MD; #27 Richard Eisenhut, MD; #28 Michael Rominger, MD; #29 Sajal Bose, MD; and #30 Mary M. Smith, MD. Accordingly, these witnesses should be excluded.

### ACH, Inc. and Dr. Ronald Everson's List of Trial Exhibits

3. Defendants Advanced Correctional Healthcare, Inc. and Dr. Everson included on their Trial Exhibit List the following exhibits which consists of written out of court statements which are not proper trial exhibits: #22, Affidavit of Dr. Neha Gavin, pp. 2714-2721 of Defendants' proposed exhibit binder; and #24, Affidavit of Dr. Bart Besinger, pp. 2732-2735 of Defendants' proposed exhibit binder. Presumably these witnesses will be called in Defendant' case in chief. Their written out of court statements are classic hearsay and no exception applies.

### Morgan County Defendants' Trial Witness List

4. Defendants Anita Burnam, Rachel Mundy, and Jared Smith included on their Trial Witness List, #19 witness Dave Rogers, who is not included on their Final Witness List. Pursuant to the CMP, Section VIII(A)(1), this witness should be excluded.

### Morgan County Defendants' Trial Exhibit List

5. Defendants Anita Burnam, Rachel Mundy, and Jared Smith included on their Trial Exhibit List the following exhibits which are not included on their Final Exhibit List: #11, Jail inmate log for Perez showing cell movements September 28 – October 1, 2015; #23, March 2015 inmate file for Perez; #29 Stacey McLaughlin inmate file, Morgan County Jail; #30, Michelle Rose inmate file; #31, Heather Macon inmate file; #32, Haley Campbell inmate file; #25, Medical Records of Dr. Behn; #36, Medical records of Dr. Tyring; #39, Records from Walgreens/CVS (in regard to Walgreens records); #40, Medical records from Center for Diagnostic Imaging; #41, Medical records from IU

Health and Franciscan (in regard to Franciscan records); #43, Records from Franciscan Physical Network; #64, March 2015 medical verification form signed b Dr. Al-Shami; #65, Opiate withdrawal documents Morgan County jail, March 7, 2015; and #73, Photographs, floor plans, and/or video of the cells, hallways, and other locations where the events underlying the lawsuit occurred for demonstrative purposes. Because these exhibits were not included on Defendants' Final Exhibit List, they should be struck.

6. Defendants have included on their Trial Exhibit List the following exhibits which are out of court written statements which are not proper trial exhibits: #12, Report of officer Jared Smith; #13, Report of Officer Senteney; #14, March 7 and March 8, 2015 jail officer reports pertaining to Perez; #15, Report of Officer Bobbi Anthis; #16, Morgan County Sheriff's Department report of Detective Downing; #17, Handwritten note of Bobbi Anthis; #18, Report of Officer Nicholas Smith; #19, Report of Officer Sichting; #45, Deposition of Sheryl Perez and accompanying exhibit; #46, Deposition of Raul Perez; #57, October 23, 2014 report of Morgan County law enforcement prepared by Officer Thompson; #59, March 7, 2015 probable cause affidavit; #70, Plaintiff's answers to interrogatories from Morgan County defendants and Advanced Correctional; #71, Deposition of plaintiff's expert Schnall with accompanying exhibits; and #72, Deposition of plaintiff's expert Sozio with accompanying exhibits. The witnesses associated with these documents may be called to testify if they were on Defendants' Final Witness List. However, their prior out of court statements constitute hearsay and no applicable exception to their admission into evidence applies. Accordingly, these exhibits should be excluded from evidence.

WHEREFORE, Plaintiff respectfully requests the Court strike the above trial witness and exhibits from Defendants' Trial Witness and Exhibit Lists.

Respectfully submitted,

Dated: October 16, 2018

*/s/ Richard A. Waples*
Richard A. Waples
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

The undersigned certifies that on October 16, 2018, a copy of this document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Carol Dillon - carol@bleekedilloncrandall.com

Adriana Katzen – Adriana@bleekedilloncrandall.com

James S. Stephenson – jstephenson@stephlaw.com

Pamela Schneeman – pschneeman@stephlaw.com

James Bleeke – jim@bleekedilloncrandall.com

*/s/ Richard A. Waples*
Richard A. Waples

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, IN 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com