UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE ESTATE OF TAMMY PEREZ, by its Administrators, SHERYL and RAUL PEREZ, | ) ) ) ) |
| PLAINTIFF, | ) Cause No. 1:16-cv-00645-SEB-DLP |
| v. | ) ) ) |
| ADVANCED CORRECTIONAL HEALTHCARE INC., ANITA BURNAM, RACHEL MUNDY, JARED SMITH, and, DR. RONALD EVERSON, | ) ) ) ) ) ) ) ) |
| DEFENDANTS. | ) |

**ORDER ISSUING WRIT OF HABEUS CORPUS AD TESTIFICUNDUM**

The Court, having reviewed the Plaintiff's Petition for Writ of Habeus Corpus Ad Testificundum, and finding good cause to approve it, hereby GRANTS the petition and ORDERS Morgan County Jail Commander David Rogers or his designee to deliver Stacey McLaughlin to the United States District Courthouse for the Southern District of Indiana, Indianapolis Division, Room 221 (Witness Room), by 2:00 p.m. on November 5, 2018 and allow the witness to change into her street clothes prior to her arrival at court. Jail Commander Rogers or his designee is further ordered to transport Inmate Stacey McLaughlin back to the Morgan County Jail upon completion of her testimony.

Date: 10/23/2018

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to Counsel of record via CM/ECF

Morgan County Jail Commander David Rogers
Morgan County Jail, 160 N. Park Ave. Martinsville, IN 46151 via U.S. Mail