UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ESTATE OF TAMMY PEREZ by its administrator, SHERYL PEREZ, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:16-cv-00645-SEB-DLP |
| MORGAN COUNTY SHERIFF, ADVANCED CORRECTIONAL HEALTHCARE, INC., ANITA BURNAM, RACHEL MUNDY, BOBBIE ANTHIS, MALLORY SCHWAB, ERIC MULLIKIN, VIENNA MARTIN, JARED SMITH, KRIS DARLING, ROBERT ANDREWS, DR. RONALD EVERSON, BRIGHTON SICHTING, ANDREW MOORE, NICHOLAS SMITH, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

The Honorable Sarah Evans Barker, Judge
Entry for October 23, 2018

On this date, Plaintiff appeared in person by counsel, Richard A. Waples; Morgan County Defendants appeared by counsel James S. Stephenson and Pamela G. Schneeman; ACH Defendants appeared by counsel Carol A. Dillon and James F. Bleeke for a final pretrial conference. Court Reporter, Laura Howie-Walters, reported the proceedings.

- The Court discussed various trial procedures, including the trial schedule, witnesses, exhibits and possible stipulations.

- The Court ruled on pending motions in limine as stated on the record.

- The Court granted Plaintiff's Motion for Separation of Witnesses.

- There being no further issues raised by the Court or by parties, the conference was adjourned.

Distribution:

James F. Bleeke
BLEEKE DILLON CRANDALL ATTORNEYS
jim@bleekedilloncrandall.com

Carol A. Dillon
BLEEKE DILLON CRANDALL, P.C.
carol@bleekedilloncrandall.com

Adriana Katzen
BLEEKE DILLON CRANDALL, PC
adriana@bleekedilloncrandall.com

Pamela G. Schneeman
STEPHENSON MOROW & SEMLER
pschneeman@stephlaw.com

James S. Stephenson
STEPHENSON MOROW & SEMLER
jstephenson@stephlaw.com

Richard A. Waples
WAPLES & HANGER
rwaples@wapleshanger.com