**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| THE ESTATE OF TAMMY PEREZ, )<br>  by its Administrators, )<br>  SHERYL and RAUL PEREZ, )<br>   )<br>   PLAINTIFF, )<br>   )<br>  v. )<br>   )<br> ADVANCED CORRECTIONAL )<br>   HEALTHCARE INC., )<br> ANITA BURNAM, )<br> RACHEL MUNDY, )<br> JARED SMITH, )<br> and, )<br> DR. RONALD EVERSON, )<br>   )<br>   DEFENDANTS. ) | Cause No. 1:16-cv-00645-SEB-DLP |

**PLAINTIFF'S MOTION TO WITHDRAW**

**WRIT OF HABEUS CORPUS AD TESTIFICUNDUM**

Plaintiff, by counsel, petitions the Court to vacate the Order Granting Writ of Habeus Corpus Ad Testificundum (dkt. 180, 10/23/19) and direct the Clerk to withdraw or vacate the actual Writ issued on Oct. 24, 2018. Dkt. 181. Both the order and the Writ related to witness Stacey McLaughlin to appear at the trial of this case on November 5, 2018. The case has been resolved and there will be no trial at which Ms. McLaughlin's testimony will be necessary.

                    Respectfully submitted,

Dated: October 29, 2018          */s/ Richard A. Waples*
                                        Richard A. Waples
                                        Attorney for Plaintiff

Richard A. Waples
Attorney for Plaintiff
**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, IN 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 29, 2018, a copy of this document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

    Carol Dillon - carol@bleekedilloncrandall.com

    Adriana Katzen – Adriana@bleekedilloncrandall.com

    James S. Stephenson – jstephenson@stephlaw.com

    Pamela Schneeman – pschneeman@stephlaw.com

    James Bleeke – jim@bleekedilloncrandall.com


        */s/ Richard A. Waples*
        Richard A. Waples

**WAPLES & HANGER**
410 N. Audubon Road
Indianapolis, IN 46219
TEL: (317) 357-0903
FAX: (317) 357-0275
EMAIL: rwaples@wapleshanger.com