UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ESTATE OF TAMMY PEREZ by its administrator, SHERYL PEREZ, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:16-cv-00645-SEB-DLP ) |
| MORGAN COUNTY SHERIFF, et al. | ) ) |
| Defendants. | ) |

## ORDER

The Court, having reviewed the Plaintiff's Petition to Withdraw Writ of Habeus Corpus Ad Testificundum [Dkt. 181], and finding good cause to approve it, hereby GRANTS the petition. Therefore, the Writ of Habeas Corpus ad Testificundum issued to Morgan County Jail Commander, David Rogers, is RECALLED.

IT IS SO ORDERED.

Date: 11/1/2018

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Morgan County Jail Commander David Rogers
Morgan County Jail
160 N. Park Ave.
Martinsville, IN 46151

James F. Bleeke
BLEEKE DILLON CRANDALL ATTORNEYS
jim@bleekedilloncrandall.com

Carol A. Dillon
BLEEKE DILLON CRANDALL, P.C.
carol@bleekedilloncrandall.com

Adriana Katzen
BLEEKE DILLON CRANDALL, PC
adriana@bleekedilloncrandall.com

Pamela G. Schneeman
STEPHENSON MOROW & SEMLER
pschneeman@stephlaw.com

James S. Stephenson
STEPHENSON MOROW & SEMLER
jstephenson@stephlaw.com

Ian L. Stewart
STEPHENSON MOROW & SEMLER
istewart@stephlaw.com

Richard A. Waples
WAPLES & HANGER
rwaples@wapleshanger.com