UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE ESTATE OF TAMMY PEREZ, ) | |
| By its Administrator, ) | |
| SHERYL PEREZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No.: 1:16-CV-00645-SEB-DLP |
| ) | |
| MORGAN COUNTY SHERIFF, ) | |
| ADVANCED CORRECTIONAL ) | |
| HEALTHCARE, INC., ) | |
| ANITA BURNAM, ) | |
| RACHEL MUNDAY, ) | |
| JARED SMITH, ) | |
| AND DR. RONALD EVERSON ) | |
| ) | |
| Defendants. ) | |

**STIPULATION OF DISMISSAL OF DEFENDANT DR. RONALD EVERSON**

All parties, by counsel, pursuant to Federal Rule of Civil Procedure 41, hereby stipulate that all of Plaintiff's claims against Defendant Dr. Ronald Everson should be dismissed with prejudice.

Respectfully submitted,

/s/Carol A. Dillon
Carol A. Dillon, #25549-49
Bleeke Dillon Crandall, P.C.
8470 Allison Pointe Boulevard, Suite 420
Indianapolis, Indiana 46250-4365
Phone: (317) 567-2222
Fax: (317) 567-2220
carol@bleekedilloncrandall.com
*Attorney for Advanced Correctional Healthcare, Inc. and Dr. Ronald Everson*


/s/ Richard A. Waples
Richard A. Waples
Waples & Hanger

410 N. Audubon Road
Indianapolis, IN 46219
rwaples@wapleshanger.com
*Attorney for Plaintiff*

/s/ Pamela G. Schneeman
James S. Stephenson
Pamela G. Schneeman
STEPHENSON MOROW & SEMLER
3077 E. 98th Street, Suite 240
Indianapolis, IN 46280
jstephenson@stephlaw.com
pschneeman@stephlaw.com
*Attorney for Anita Burnam, Jared Smith, and Rachel Munday,*