> Acknowledged.
>
> Defendant Dr. Ronald Everson is hereby dismissed with prejudice.
>
> Date: 11/6/2018
>
> *Sarah Evans Barker*
> SARAH EVANS BARKER, JUDGE
> United States District Court
> Southern District of Indiana

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THE ESTATE OF TAMMY PEREZ, By its Administrator, SHERYL PEREZ, <br><br> Plaintiff, <br><br> v. <br><br> MORGAN COUNTY SHERIFF, ADVANCED CORRECTIONAL HEALTHCARE, INC., ANITA BURNAM, RACHEL MUNDAY, JARED SMITH, AND DR. RONALD EVERSON <br><br> Defendants. | Cause No.: 1:16-CV-00645-SEB-DLP |

## STIPULATION OF DISMISSAL OF DEFENDANT DR. RONALD EVERSON

All parties, by counsel, pursuant to Federal Rule of Civil Procedure 41, hereby stipulate that all of Plaintiff's claims against Defendant Dr. Ronald Everson should be dismissed with prejudice.

Respectfully submitted,

/s/Carol A. Dillon
Carol A. Dillon, #25549-49
Bleeke Dillon Crandall, P.C.
8470 Allison Pointe Boulevard, Suite 420
Indianapolis, Indiana 46250-4365
Phone: (317) 567-2222
Fax: (317) 567-2220
carol@bleekedilloncrandall.com
*Attorney for Advanced Correctional Healthcare, Inc. and Dr. Ronald Everson*


/s/ Richard A. Waples
Richard A. Waples
Waples & Hanger