UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| THE ESTATE OF TAMMY PEREZ, | ) | |
| by it Administrator, SHERYL PEREZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO: 1:16-CV-645-SEB-DLP |
| | ) | |
| ADVANCED CORRECTIONAL | ) | |
| HEALTHCARE, INC., ANITA BURNAM, | ) | |
| RACHEL MUNDY, JARED SMITH, and | ) | |
| DR. RONALD EVERSON, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Come now the parties, by their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the dismissal of this action, with prejudice, each party to bear its own attorneys' fees and costs.

WAPLES & HANGER

 /s/ Richard A. Waples
Richard A. Waples
Attorney No. 2132-49
410 N. Audubon Road
Indianapolis, IN 46219
rwaples@wapleshanger.com

STEPHENSON MOROW & SEMLER

 /s/ Pamela G. Schneeman (w/permission)
Pamela G. Schneeman
Attorney No. 18142-53
3077 East 98th Street, Suite 240
Indianapolis, IN 46280
pschneeman@stephlaw.com

BLEEKE DILLON CRANDALL, P.C.

 /s/ Carol A. Dillon (w/permission)
Carol A. Dillon
Attorney No. 25549-49
8470 Allison Pointe Boulevard, Suite 420
Indianapolis, IN 46250-4362
carol@bleekedilloncrandall.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2018, a copy of the foregoing STIPULATION OF DISMISSAL was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

James F. Bleeke
Carol A. Dillon
Adrianna Katzen
BLEEKE DILLON CRANDALL, P.C.
8470 Allison Pointe Boulevard, Suite 420
Indianapolis, IN 46250-4362
jim@bleekedilloncrandall.com
carol@bleekedilloncrandall.com
adriana@bleekedilloncrandall.com

Pamela G. Schneeman
STEPHENSON MOROW & SEMLER
3077 East 98th Street, Suite 240
Indianapolis, IN 46280
pschneeman@stephlaw.com

James S. Stephenson
STEPHENSON MOROW & SEMLER
3077 East 98th Street, Suite 240
Indianapolis, IN 46280
jstephenson@stephlaw.com

/s/ *Richard A. Waples*
Richard A. Waples

WAPLES & HANGER
410 N. Audubon Road
Indianapolis, IN 46219
Email: rwaples@wapleshanger.com

16-6798/pgs

2